UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EPHANTUS WAKABA KANYIRI,<br><br>                Petitioner,<br><br>v.<br><br>A. NEIL CLARK,<br><br>                Respondent. | No. C10-1819Z<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 17, to which no objections have been filed, see Minute Order (docket no. 19), ORDERS as follows:

1. The Court ADOPTS in part the Report and Recommendation ("R&R"); the Court does not adopt the portion of the R&R that relies on Local Rule CR 41(b)(2);

2. Petitioner's habeas petition, docket no. 7, is DISMISSED without prejudice as moot and for failure to respond to the Court's Order to show cause, docket no. 15; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 30th day of June, 2011.

                                                      Thomas S. Zilly
                                                      United States District Judge

ORDER -1-